| | | | |
|---|---|---|---|
| | AUSA: Roy R. Kranz | Telephone: | (989) 895-5712 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Nick Diedrich, BIA | Telephone: | (989) 775-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Jena Leigh Compo

Case No. 1:25-mj-30660
Judge: Morris, Patricia T.
Filed: 10-23-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 11, 2025__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(6); Assault Causing Serious Bodily Injury<br>18 U.S.C. § 1151<br>18 U.S.C. § 1153 | COUNT 1: Defendant, an Indian, within Indian country, as defined in 18 U.S.C. §1151, that is, the Isabella Reservation, assaulted G.C., causing serious bodily injury, in violation of 18 U.S.C. §§113(a)(6), 1151, and 1153. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nick Diedrich, BIA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2025

City and state: Flint, Michigan

_____
Judge's signature

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## FOR JENA LEIGH COMPO

I, Nick Diedrich, being duly sworn, depose and state:

1. I am a police officer with the Saginaw Chippewa Tribal Police Department and have been employed as a police officer for over 16 years. I am also a sworn Bureau of Indian Affairs (BIA) federal officer. During my career I have been involved in numerous investigations concerning assaults. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Jena Leigh Compo committed the offense of assault causing serious bodily injury on or around October 11, 2025, in violation of 18 U.S.C. § 113(a)(6) therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. On October 11, 2025, G.C. reported that Jena Leigh Compo assaulted her by intentionally trying to run her over with a motor vehicle while G.C. was on foot. During one of these attempts by Compo the car she was driving struck G.C.'s leg causing her to fall into a fire pit that had a fire burning in it. This caused serious burns on roughly 10% of G.C.'s body. Affiant is aware that G.C. is still in the hospital due to this assault awaiting further skin graph surgeries.

4. G.C. reported that after Compo struck her with the vehicle causing her to fall into the fire and get burned, Compo got out of the vehicle and instead of offering aid to G.C. Compo laughed at her.

1

5. After waiving Miranda and agreeing to talk to the police. Compo told them that she was mad and really drunk and did something horrible. Compo said she chased G.C. with her car for about five minutes. Compo said "I was just trying to scare her," "I got to close to her," and "I got too close to her and I think I hit her foot."

6. G.C. reported that this happened at 7850 North Leaton Road, Mt. Pleasant, Michigan, on the Isabella Reservation in Indian country in the Northern Division, Eastern District of Michigan.

7. Affiant is aware that Compo is an Indian.

8. Based on the above-described information, there is probable cause to believe that on or around October 11, 2025, Jena Leigh Compo committed an assault causing serious bodily injury, in violation of 18 U.S.C. §§ 113(a)(6), 1151, and 1153.

_____
Nick Diedrich
BIA

Subscribed to before me and signed in my presence,
and/or by reliable electronic means.

_____
HON. CURTIS IVY, JR.
United States Magistrate Judge